BEFORE THE FIRST DIVISION, MAY 3, 1965

No. 69283.—Aristo Craft Distinctive Miniatures v. United States, protest 62/18797 (San Francisco).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69284.—A. C. Gilbert Co. and Milton Snedeker Corp. v. United States, protests 64/4146, etc. (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69285.—Paul E. Sernau, Inc., and Souvenirs, Inc. v. United States, protests 64/21302 and 64/21342 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.